**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 759 MAL 2015

       Respondent    :

              : Petition for Allowance of Appeal from
              : the Order of the Superior Court

       v.         :

MARDEA SHAREE FREEMAN, :

       Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 20th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.